Jay Brodsky
240 East Shore Road, #444
Great Neck, NY 11023
Telephone: (973) 568-1666
E-mail: demcointerexport@yahoo.com
Plaintiff ProSe on Behalf of Himself

Civil Action No. 2:19-cv-00127-JNP

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

**THE MATTER OF:**

<u>JAY BRODSKY</u>
PLAINTIFF

-against-

<u>TELEPERFORMANCE USA et al.</u>
DEFENDANTS

## NOTICE OF DISMISSAL WITH PREJUDICE

**SENT VIA USPS FIRST CLASS MAIL:**
Honorable Jill N. Parish, U.S.D.J.
United States Courthouse
351 S W Temple
Salt Lake City, UT 84101

1. Pursuant to the Federal Rules of Civil Procedure Rule 41(a) (Fed. R. Civ. P. 63) on this 21st day of April, 2019, Jay Brodsky, (PLAINTIFF) resides at 240 East Shore Road, Apartment 444, Great Neck, New York 11023, duly deposes under penalty of perjury, states that the facts embodied herein are true to the best of his knowledge.

2. **Notice of Dismissal with Prejudice:**

   Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(i), Plaintiff dismisses with prejudice prior to receiving Teleperformances answer, all claims against Defendants, Teleperformance USA, LLC., Alliance One Receivables Management, Inc., Timothy J. Casey, Carol Ezel. Each Party shall bear their own respective costs and attorneys' fees. This Notice of Dismissal disposes of the entire action.

   Signed this 21st day of April, 2019 at Great Neck, New York;

   _____
   Jay Brodsky, Plaintiff, ProSe