Jon Brodsky
240 East Shore Road
Great Neck NY 11023



Honorable Jill N. Parish U.S.D.J.
United States District Court
351 SW Temple
Salt Lake City, UT 84101

84101$1908 C002